UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| Jeffrey Wilson, | ) | Case No. 2:23-cv-04058-BCW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| Netflix, Inc., | ) | |
| Defendant. | ) | |

## DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Netflix, Inc. hereby respectfully moves this Court for an Order dismissing Plaintiff's Complaint with prejudice. Under Rule 12(b)(6), Plaintiff fails to state any plausible claim for relief under any theory.

Plaintiff's sole claim, for copyright infringement under Section 501 of the Copyright Act (17 U.S.C. § 501), fails because no substantial similarity of protectable expression exists between Plaintiff's work and the allegedly infringing work. This Court may dismiss copyright infringement claims on substantial similarity grounds at the motion to dismiss stage based on a comparison of the works. *Nelson v. PRN Prods., Inc.*, 873 F.2d 1141, 1143–44 (8th Cir. 1989).

For these reasons, and as more fully set forth in the accompanying Suggestions in Support, which is incorporated herein by reference, Plaintiff's Complaint should be dismissed in its entirety with prejudice.

Respectfully submitted,

Dated: June 2, 2023                KING & SPALDING LLP


By: /s/ Kelly Perigoe
    Kelly Perigoe (admitted *pro hac vice*)
    Jeffrey Hammer (admitted *pro hac vice*)
    KING & SPALDING LLP
    633 West Fifth Street, Suite 1600
    Los Angeles, CA 90071
    Telephone: (213) 443-4355
    Facsimile: (213) 613-4770
    kperigoe@kslaw.com
    jhammer@kslaw.com

    Negassi H. Tesfamichael (admitted *pro hac vice*)
    KING & SPALDING LLP
    1700 Pennsylvania Ave., NW Suite 900
    Washington, D.C. 20006
    Telephone: (202) 626-2398
    Facsimile: (202) 626-3737
    ntesfamichael@kslaw.com

    *Attorneys for Defendant Netflix, Inc.*

    Robert P. Berry, #46236 (MO)
    David C. Baxter, #62165 (MO)
    BERRY SILBERBERG STOKES PC
    16150 Main Circle Drive, Suite 120
    St. Louis, Missouri 63017
    Telephone: (314) 480-5882
    Facsimile: (314) 480-5884
    rberry@berrysilberberg.com

    *Attorneys for Defendant Netflix, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2023, the foregoing was submitted electronically for filing through this Court's CM/ECF system to be served by operation of the Court's electronic filing system upon all counsel of record.

                                                /s/ *Kelly Perigoe*
                                                Kelly Perigoe